COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO
CIVIL DIVISION

**PHILIP W. SCHOFIELD**  :
765 Janice Lane  :
Pickerington, OH 43147,  :
   :
  Plaintiff,  :
   :
 v.  :
   :
**AMAZON LOGISTICS**  :
525 Nelson Road  :
Columbus, OH 43219,  :
   :
  Defendant.  :

**COMPLAINT**
(Jury Demand Endorsed Hereon)

1. This Court has subject matter and personal jurisdiction over this matter because the Plaintiff, Philip Schofield, worked for Amazon Logistics in Franklin County Ohio. The vast majority of events pertinent to this Complaint occurred in Franklin County, Ohio.

2. Amazon Logistics hired Mr. Schofield in July 2020, to serve as an Operations Manager at a Delivery Center in Columbus Ohio. Mr. Schofield was living in Rhode Island at the time he was hired, so he was offered relocation assistance. His base salary was $117,000/year, plus there were quarterly bonuses based on his individual performance and on the facility's performance. Mr. Schofield was also provided a

significant sign on bonus and an award of stock, which vested over time.  He also received health insurance, 401k, and vacation benefits.

3. Mr. Schofield was very qualified for the position at Amazon Logistics.  At the time of hire, he had 30+ years of successful experience in higher level management positions.  He has a Bachelors Degree in Physics, a Masters Degree in Electro Optic Engineering, and specialized graduate level management education at Ohio State's Fisher College of business.  He also has Six Sigma Black Belt certification.

4. Mr. Schofield moved to Ohio, and began working for Amazon Logistics on August 17, 2020.  He first worked at DCM1, the first Amazon Delivery Center in Central Ohio.  At the end of March 2021, he was reassigned to work at DCN2, a Delivery Center that had opened a few months earlier.  At both Central Ohio Delivery Centers, Mr. Schofield was an L-6 (Level 6) Operations Manager.

5. Mr. Schofield's work performance was very good.  He received appraisals and they all showed he was performing his job responsibilities well.  His annual performance review stated he was a "Highly Valued" employee.  He received quarterly performance based bonuses.  Mr. Schofield never received formal or informal discipline (until his abrupt termination).

6. In the first week of November 2021 there was a joint phone conference of all the managers of Amazon Logistics' Central Ohio Delivery Centers.  By this point, there were four Delivery Centers operating in Central Ohio.  All the L4, L5, L6, and L7 managers from these Centers, plus the HR Officer for each Center and the Regional HR Director, were on the call.  In the call, the Regional HR Director, Joe Wiford, explained

that Amazon Logistics had too many managers in Central Ohio and therefore would be redeploying some of the managers from the Central Ohio Region to areas with a greater need for managers.

7. Amazon Logistics has a pattern of hiring a high number of managers when a Delivery Center is first opened. This is done because when the facility is first opened there are hundreds of new employees who need to be trained and who are not yet proficient in their job responsibilities. Since Amazon's business model requires that packages be delivered in a very fast time frame, it hires a high number of managers whenever a Delivery Center is first opened so that the Center can still get the packages timely delivered notwithstanding the fact most of the people working in the new Center are inexperienced and thus inefficient. As a result of this practice, after the initial start up of a particular Center, there ends up being too many managers at the Center. Amazon then terminates or reassigns these excessive managers.

8. From Mr. Schofield's start with Amazon Logistics in August 2020 to November 2021, Amazon went from one Delivery Center in Central Ohio to four (by opening four Centers and closing one). Thus, because Amazon always hires a very high number of managers to start a new Center, and because four Centers opened in less than a year, by November 2021, there were too many managers working at the Central Ohio Delivery Centers.

9. Mr. Schofield was terminated on November 9, 2021, a week after the meeting in which the Regional HR Director explained that Amazon needed to redeploy many of the Central Ohio Distribution Center managers due to the comparatively high number of managers Central Ohio.

10. The stated reason for Mr. Schofield's termination was that he had instructed an hourly associate to work off the clock on October 19, 2021. This stated reason for termination is untrue and pretextual. Mr. Schofield never instructed any hourly employee to work off the clock. Similarly, he never instructed any employee to work without pay. The allegation, in fact, is a ludicrous pretext for discrimination. Mr. Schofield would have received no benefit by having an employee work without compensation, and, obviously, no employee would be willing to work without being paid.

11. Mr. Schofield is 64. He was born in September 1957. Mr. Schofield was treated disparately due to age. Mr. Schofield was terminated because of his age.

12. Mr. Schofield's position as the Operations Manager at DCN2 responsible for the midnight to noon shift from Sunday through Wednesday was taken over by Frank Graves. Mr. Graves is substantially younger than Mr. Schofield.

13. Mr. Schofield's prior counterpart at DCN2 was Brian Sepac, the Operations Manager from midnight to noon Wednesday through Saturday. Mr. Sepac and Mr. Schofield received similar performance evaluations and attained similar performance metrics when they worked together. However, Mr. Schofield was terminated while Mr. Sepac was retained. Further, after Mr. Schofield was terminated, Mr. Sepac was given a better position with a better work schedule. Specifically, he was given a special logistics assignment working Monday through Friday during the day. Mr. Sepac is much younger than Mr. Schofield.

14. Managers at Central Ohio Delivery Centers who are much younger than Mr. Schofield, with far less experience and with work performance that was worse or no better than Mr. Schofield's, have been retained by Amazon Logistics. Further, many of

these much younger managers have been promoted subsequent to Mr. Schofield's unfair termination.

15. Mr. Schofield was the oldest manager at DCN2. He was one of the oldest managers in Central Ohio. He was disparately treated during his employment because of his age. He was terminated because of his age.

16. The individuals who subjected Mr. Schofield to adverse action during his employment and who decided to terminate his employment are different than the individuals who hired Mr. Schofield in the summer of 2020.

17. Mr. Schofield filed a charge of age discrimination with the Ohio Civil Rights Commission. Before the Ohio Civil Rights Commission started an investigation of his charge, Mr. Schofield requested a right to sue letter. The Ohio Civil Rights Commission issued the Right to Sue Letter on March 31, 2022. A copy of the Right to Sue Letter is appended.

18. Plaintiff states a cause of action for age discrimination pursuant to R.C. §4112.02 and §4112.052.

Wherefore, Plaintiff demands judgment be rendered in his favor, all lost back pay and benefits, all lost future pay and benefits, general compensatory damages in an amount greater than $25,000.00, punitive damages in an amount greater than $25,000, interest, court costs, attorney's fees, and all appropriate injunctive relief.

Respectfully submitted,

/s/William J. O'Malley
William J. O'Malley (0056091)
4591 Indianola Avenue
Columbus, OH 43214
(614) 262-8360 (telephone)
(614-262-5732 (fax)
omalleywj@aol.com

Attorney for Plaintiff

JURY DEMAND

Plaintiff demands a trial by jury.

/s/William J. O'Malley
William J. O'Malley (0056091)
4591 Indianola Avenue
Columbus, OH 43214
(614) 262-8360 (telephone)
(614-262-5732 (fax)
omalleywj@aol.com

Attorney for Plaintiff