# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP W. SCHOFIELD, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-3025 |
| | : | |
| v. | : | CHIEF JUDGE MARBLEY |
| | : | |
| AMAZON LOGISTICS, | : | |
| | : | |
| Defendant. | : | |

## COURTROOM MINUTES

Oral Argument on
Motion for Summary Judgment
Thursday, May 23, 2024, at 10:00 a.m.
before Chief Judge Algenon L. Marbley

Counsel for Plaintiff:		William J. O'Malley
Counsel for Defendant:		Jennifer B. Orr
Court Reporter:			Shawna Evans
Courtroom Deputy:		Diane Stash

Ms. Orr and Mr. O'Malley presented oral argument and responded to questions from the Court relating to the Motion for Summary Judgment that has been filed in the matter.

The Court indicated that a written decision will be forthcoming and that further briefing is not needed.  The hearing concluded at 11:15 a.m.